247 So.2d 393

**Jack P. F. GREMILLION, Attorney General of the State of Louisiana for the Use and Benefit of Dale Patricia Pendergast STONE, et al.**

v.

**J. B. LANCASTER, Legislative Auditor of the State of Louisiana.**

No. 51330.

May 13, 1971.

In re: Jack P. F. Gremillion, Attorney General of the State of Louisiana and for the use and benefit of Dale Patricia Pendergast Stone, et al. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 244 So.2d 862.

Writ refused. There is no error of law in the judgment under the facts found by the Court of Appeal.